**O'BRIEN, BELLAND & BUSHINSKY, LLC**
509 S. Lenola Road
Moorestown, New Jersey 0857
(856) 795-2181
*By:*   Steven J. Bushinsky, Esquire
        W. Daniel Feehan, Esquire

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE IBEW LOCAL 351 PENSION FUND; et. al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ARLINE CONSTRUCTION SERVICES, INC. AND DUNBAR ELECTRIC CO., LLC, <br> *Defendants.* | Case No. 1:18-cv-09958-RBK-KMW <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

The matter in difference in the above entitled action by and between Plaintiffs and Defendant, Arline Construction Services, LLC, it is hereby stipulated and agreed that the Complaint be and it is hereby dismissed without costs and without prejudice against Defendant, Arline Construction Services, Inc.

**O'BRIEN, BELLAND & BUSHINSKY, LLC**

*Attorneys for Plaintiffs*

By: _____
W. Daniel Feehan, Esquire

Dated: July 10, 2019

It is so Ordered this ___
day of _____, 2019,

_____
Robert B. Kugler, U.S.D.J.